

U.S. Department of Justice
Channing Phillips
Acting United States Attorney
*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

July 28, 2021

**VIA USAFX**
David Bos, Esq.
David_bos@fd.org
Federal Defenders

      Re:    Discovery Production #1 Letter
               United States v. Marcus Douglas; 21-mj-538

Dear Counsel:

I am writing to memorialize the production of the following materials in discovery:

**On USAFX:**

- Douglas WF-FO-202107231-WF_FO_GO38B.mp4
- DSC_0010.JPG
- DSC_0012.JPG
- DSC_0013.JPG
- DSC_0015.JPG
- DSC_0016.JPG
- DSC_0017.JPG
- DSC_0018.JPG
- DSC_0019.JPG
- DSC_0020.JPG
- DSC_0021.JPG
- DSC_0022.JPG
- DSC_0023.JPG
- DSC_0024.JPG
- DSC_0025.JPG
- DSC_0026.JPG
- DSC_0027.JPG
- DSC_0028.JPG
- DSC_0029.JPG

- DSC_0030.JPG
- DSC_0031.JPG
- DSC_0032.JPG
- DSC_0033.JPG
- DSC_0034.JPG
- DSC_0035.JPG
- Report (REDACTED).pdf
- signed-Prot. Order (21mj538, Douglas).pdf

    I will continue to provide you with ongoing discovery as appropriate, and we will note in the defendant's file the date this discovery was sent to you. The Government hereby requests reciprocal discovery pursuant to Rule 16(b)(1) of the Federal Rules of Criminal Procedure.

    Should you have any questions about these materials, please do not hesitate to contact me.

Sincerely,

*/s/ /Amy E. Larson*
Amy E. Larson
Assistant United States Attorney
Phone: (202) 252-7863
Email: Amy.Larson2@usdoj.gov